IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEANNA LYNN WEAVER                                                                    PLAINTIFF

v.                                    Case No. 4:12CV00220 JTK

CAROLYN C. COLVIN, Commissioner,
Social Security Administration                                                        DEFENDANT

# FINAL JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case be DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 11th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE